

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AA                                          *271 Cadman Plaza East*
F. #2024R00143                              *Brooklyn, New York 11201*

March 4, 2025

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>           Re:    United States v. Michael Kuilan
>                  <u>Criminal Docket No. 24-130 (BMC)</u>

Dear Judge Cogan:

       The government respectfully encloses the defendant's sentencing submission, which was e-mailed to the government, but not filed on the docket.

       Respectfully submitted,

       JOHN J. DURHAM
       United States Attorney

By:    /s/ Adam Amir
       Adam Amir
       Assistant U.S. Attorney
       (718) 254-6116

cc:    Clerk of Court (BMC) (by ECF)
       Counsel of Record (by ECF)

Enclosure