UNITED STATES DISTRICT COURT
Eastern District of New York

_______________________________________X
UNITED STATES

# NOTICE OF APPEAL

Plaintiff(s),

1:24 CV 00130 ( ) ( BMC )

-against-
MICHAEL KUILAN

Defendant(s).
_______________________________________X

Michael Kuilan (*name all parties taking the appeal*) *

appeal to the United States Court of Appeals for the Second Circuit from the final **judgment** entered on May 27, 2025 (*state the date that the judgment was entered*).

**Signature** ____________________

**Name** Michael Kuilan

**Prison ID** TBD

**Address** ____________________

____________________

____________________

**Phone** ____________________

**Email** ____________________

{Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. (4)(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.}

*See Rule 3(c) of the Federal Rules of Appellate Procedure for permissible ways of identifying appellants.