UNTIED STATES COURT OF APPEALS
FOR THE SECOND DISTRICT

UNITED STATES OF AMERICA

v.

MICHAEL KUILAN,

Defendant,

**NOTICE OF MOTION**
To Be Relieved as
Appellate Counsel

Case No.: 25-1392

Howard Greenberg, Esq. affirms under penalty of perjury that:

1) I was retained in the underlying criminal case of the above-named defendant only,
2) By the explicit terms of the retainer agreement, I was not retained to handle any appellate-type matter,
3) The reason being that I am not barred in the Second Circuit Court of Appeals to prosecute defendant's appellate matters,
4) CJA counsel should be assigned to prosecute the defendant's appeal,
5) I am sending him, under separate cover, the affidavit so that he may formally request assigned counsel.

Dated: March 11, 2026
Brooklyn, New York

Greenberg Law Firm

***/s/ Howard Greenberg***

Howard Greenberg, Esq.
137 Court Street, Fl. 2
Brooklyn, New York 11201
Tel: (917) 716-6416
HGreenberglaw@aol.com